

# IN THE
## TENTH COURT OF APPEALS

### No. 10-11-00305-CV

**JOHN MARGETIS AND MICHAEL BRISCOE,**

**Appellants**

**v.**

**CANOPY CONSTRUCTION, LLC, EPSILON HOLDINGS, LP, GZH ENTERPRISES, INC., ANDREW HEAPE, TREY GIBSON AND NICK ZINDEL,**

**Appellees**

**From the 40th District Court
Ellis County, Texas
Trial Court No. 82353**

## MEMORANDUM OPINION

Appellants, John Margetis and Michael Briscoe, have filed a motion to dismiss their appeal of the trial court's summary-judgment order.[1]  *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed.

---

[1] Margetis and Briscoe have styled their motion as a "Motion to Withdraw"; however, we construe the motion to be a motion to dismiss.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed March 21, 2012
[CV06]